AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
JUN - 7 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RODNEY COTTON | ) | Case No.   4:19 MJ 5229 NAB |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 6, 2019__ in the county of __City of St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(8) | CT. 1 - Prohibited person in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT and ATTACHED EXHIBIT A

☐ Continued on the attached sheet.

_____
*Complainant's signature*

THOMAS STRODE, Special Federal Officer, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/07/2019__

_____
*Judge's signature*

City and state:  __St. Louis, Missouri__   Honorable Nannette A. Baker, U.S. Magistrate Judge
_____
*Printed name and title*